Another, Appellants.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SANTO ROMAGLIA, Respondent, v. CHAS. F. PARSONS & COMPANY, Appellant. — Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

RANSOM S. MORGAN, Respondent, v. THE HOTEL TATTLER PUBLISHING CO., INC., Appellant.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. S. REID SPENCER, Appellant.— Motion denied. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ALTA DONEFER, Respondent, v. NATHAN DONEFER, Appellant.— Motion denied as indicated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ANTONIETTA NUNNO, an Infant, etc., Respondent, v. CONSOLIDATED GAS COMPANY OF NEW YORK, Appellant.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ROSE GOLDROSEN, as Administratrix, etc., Respondent, v. HOMANN REALTY CORPORATION, Appellant, Impleaded, etc.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MONSON MORRIS, Respondent, v. HELEN M. BURR and Another, Appellants.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FERDINANDO BALDASARA, Respondent, v. THE LIBERTY STEVEDORING COMPANY, Appellant.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FRANK ALLAIRE, as Trustee, etc., Appellant, v. ABRAHAM A. SILBERBERG, Respondent.— Motion for reargument granted, and upon such reargument, motion for judgment absolute denied, since that there was no issue presented at the trial as to whether the plaintiff was entitled to judgment upon the ground that the corporation had failed to pay notes or other obligations when due. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

ALEXANDER E. LITTLE and Another, Respondents, v. ARNOLD, CONSTABLE & CO., INC., Appellant.—Motion denied and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HYMAN EISENBERG, INC., Respondent, v. LONDON GUARANTEE & ACCIDENT CO., LTD., Appellant.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WILLIAM H. LOUGH, Appellant, v. THE RONALD PRESS COMPANY, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

WILLIAM H. LOUGH, Appellant, v. THE RONALD PRESS COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

THE SUN PRINTING AND PUBLISHING ASSOCIATION, Appellant, v. REMINGTON PAPER & POWER COMPANY, INC., Respondent.— Order affirmed, with ten dollars